## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **WOFF SENATES #A070798575,** | **CIVIL DOCKET NO. 1:23-CV-00753 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MERRICK GARLAND ET AL,** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 3] previously filed herein, and having thoroughly reviewed the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Temporary Restraining Order and the portion of the Complaint seeking injunctive relief [Doc. Nos. 1, 2] are hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, and the remainder of the Complaint [Doc. No. 1] is **DENIED**.

**THUS, DONE AND SIGNED** in Chambers on this 27th day of June, 2023.

_____
Terry A. Doughty
United States District Judge